

Steven J. Fineman
302-651-7592
Fineman@rlf.com

August 4, 2014

**VIA CM/ECF**

Marcia M. Waldron
Clerk
United States Court of Appeals
For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:   *In re: Ex Parte Application of Global Energy Horizons Corporation*,
            **Case No.: 14-3180**

Dear Ms. Waldron:

Pursuant to this Court's Order dated July 3, 2014, I write on behalf of Sheridan Production Company LLC and the related Sheridan entities to inform the Court that briefing on Global Energy Horizons Corporation's Motion for Reargument of its Motion to Compel Pursuant to Local Rule 7.1.5 (the "Motion") pending before the United States District Court for the District of Delaware has been completed. The Motion was filed on June 17, 2014 and Sheridan Production Company, LLC and related entities filed their response on July 7, 2014. No decision has yet been issued by the District Court.

                                Respectfully,

                                */s/ Steven J. Fineman*

                                Steven J. Fineman (DE Bar #4025)

cc: Counsel of Record (via CM/ECF)

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

RLF1 10594326v.1