UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Case No. 14-3180

Global Energy Horizons Corporation,

Appellant,

v.

Sheridan Production Company LLC,

Appellee.

**REPORT ON THE STATUS OF**
**APPELLANT'S MOTION FOR REARGUMENT IN THE DISTRICT COURT**

Pursuant to the ORDER of this Court dated July 3, 2014, Appellant Global Energy

Horizons Corporation hereby files this report on the status of its Motion for Reargument now

pending in Civil Action Number 1:13-mc-00265-GMS before the United States District Court for

the District of Delaware (Docket No. 17), and reports that:

1. Appellee, Sheridan Production Company LLC, filed a response to Appellant's motion

   on July 7, 2014;

2. Appellant's motion remains pending; and

3. No date has been set for a hearing on Appellant's motion.

Dated: October 3, 2014                           MANION GAYNOR & MANNING LLP

                                                 */s/ Marc J. Phillips*
                                                 Marc J. Phillips (DE Bar No. 4445)
                                                 1007 North Orange Street, 10th Floor
                                                 Wilmington, DE 19801
                                                 Tel: (302) 657-2100
                                                 Fax: (302) 657-2104
                                                 mphillips@mgmlaw.com

Of Counsel:
Christopher J. Cunio
Manion Gaynor & Manning LLP
21 Custom House Street
Boston, Massachusetts 02110
Tel: (617) 670-8514
ccunio@mgmlaw.com

*Attorneys for Global Energy Horizons Corporation*

1325608

**CERTIFICATE OF SERVICE**

I, Marc J. Phillips, hereby certify that on October 3, 2014, I caused copies of the

foregoing document to be filed via CM/ECF which will send notification of such filing to the

following:

Steven J. Fineman, Esq.
Katharine C. Lester, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
fineman@rlf.com
lester@rlf.com

/s/ Marc J. Phillips
Marc J. Phillips (DE Bar No. 4445)
Manion Gaynor & Manning LLP
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Tel: (302) 657-2100
Fax: (302) 657-2104
mphillips@mgmlaw.com